IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:07-CR-152-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNNY RAY LEE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 6, 2008, this Court entered an Amended Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 18 U.S.C. § 2252(a)(1) and 18 U.S.C. § 1462, and agreeing to the forfeiture of the property listed in the February 6, 2008 Amended Preliminary Order of Forfeiture, to wit:

**Personal Property**

a) One gigabyte hard disk drive, Model WD200, serial number WMAC81082866, removed from a computer used by Johnny Ray Lee, and

b) Various recordable media, including floppy diskettes and compact disks;

AND WHEREAS, in accordance with Supplemental Rule G(4)((i)(A), the Government has provided direct notice to any potential claimant, if any has been identified;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's February 6, 2008 Amended Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the February 6, 2008 Amended Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice or the United States Department of the Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of the Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the United States Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this \_\_22\_\_ of day \_\_July\_\_, 2008.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

2